

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Beach Medical Marketing, Inc.,

Plaintiff(s),

v.

Case No. 13 C 8250
Judge Robert W. Gettleman

American International Group, Inc., et al,

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐   in favor of plaintiff(s)
     and against defendant(s)
     in the amount of $            ,

          which ☐ includes        pre–judgment interest.
                ☐ does not include pre–judgment interest.

     Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

     Plaintiff(s) shall recover costs from defendant(s).

☒   in favor of defendant(s)
     and against plaintiff(s)

     Defendant(s) shall recover costs from plaintiff(s).

☐   other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion to dismiss.


Date:  4/27/2015                    Thomas G. Bruton, Clerk of Court

                                    George Schwemin , Deputy Clerk